```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :         CRIMINAL
                              :
           v.                 :
                              :
ELI LILLY & CO.               :         NO. 09-20-1
```

O R D E R

AND NOW, this     Day of February, 2009, in accordance with the sentencing of the above defendant on January 30, 2009, it is noted for the record that the monetary penalties imposed in this case are payable within 10 BUSINESS days from that date.

BY THE COURT:


S/Robert F. Kelly, J.
ROBERT F. KELLY,   J.